THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jimmy Arthur Rhinehart,       
Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-257
Submitted February 23, 2004  Filed April 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant appeals the circuit 
 courts revocation of his probation from his convictions for possession of a 
 pistol by a person convicted of a violent crime, forgery, second-degree burglary, 
 and petit larceny.  Appellants counsel has petitioned to be relieved as counsel, 
 stating that she has reviewed the record and has concluded Appellants appeal 
 is without merit.  Appellant has not filed a pro se  brief.  
After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly 
 appealable issues that are arguable on their merits.  Accordingly, we dismiss 
 this appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.